# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ADAM AILION, on behalf of himself and others similarly situated, | : :  CIVIL ACTION FILE NO. 1:21-cv-1324-MLB |
| Plaintiff, | : |
| v. | : |
| BROADLEAF MARKETING & SEO, LLC | : |
| Defendant. | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties submit this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own attorney's fees and costs.

PLAINTIFF

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100

anthony@paronichlaw.com


/s/ *James A. Peterson*
James A. Peterson, Esq.
Florida Bar No. 645621
PETERSON LEGAL P.A.
401 East Las Olas Boulevard
Suite 130-550
Fort Lauderdale, Florida 33301
(754) 444-8076
James@PetersonLegal.com
(*pro hac vice*)


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2022, I electronically served the foregoing on counsel of record for the parties.

*/s/ Anthony I. Paronich*
Anthony I. Paronich